# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

## Voluntary Petition

| NAME OF DEBTOR | JOINT DEBTOR |
|---|---|
| **Robin Rene Beverly** | |

| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS (including married,maiden & trade) | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS(Including married,maiden & trade) |
|---|---|
| | |

| SOC. SECURITY #/TAX I.D. NO (if more than one, state all)  IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION  & COMMIT PERJURY!!! (Last 4 digits of Social) | SOC. SECURITY #/TAX I.D. NO (if more than one, state all) IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION & COMMIT PERJURY!!! (Last 4 digits of Social) |
|---|---|
| **\*\*\*-\*\*-0625** | **\*\*\*-\*\*-** |

| STREET ADDRESS OF DEBTOR | STREET ADDRESS OF JOINT DEBTOR |
|---|---|
| **1648 East 86th Street**<br>**Chicago IL 60617** | |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
|---|---|
| **Cook** | **Cook** |

| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |
|---|---|
| | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (IF DIFFERENT FROM STREET ADDRESS ABOVE)

*NOT APPLICABLE*

---

### Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)

[x] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| TYPE OF DEBTOR (Check all boxes that apply) | | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) | | |
|---|---|---|---|---|
| [x] Individual(s) | [] Railroad | [] Chapter 7 | [] Chapter 11 | [X] Chapter 13 |
| [] Corporation | [] Stockbroker | [] Chapter 9 | [] Chapter 12 | [] |
| [] Partnership | [] Commodity Broker | [] Sec 304 0-- Case ancillary to foreign proceeding | | |
| [] Other_____ | | | | |

| NATURE OF DEBTS (Check one box) | FILING FEE (Check one box) |
|---|---|
| [x] Consumer/Non-Business    [] Business | [x] Full Filing Fee attached<br>[] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court consideration certifying that the debtor is unable |
| **CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)**<br>[] Debtor is a small business as defined in 11 U.S.C. S101<br>[] Debtor is and elects to be considered a small business under 11 U.S.C. Sec.1121(e) (Optional) | Rule 1006 |

| STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only) |
|---|
| [] Debtor estimates that funds will be available for distribution to unsecured creditors<br>[x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, th creditors. |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 07/27/2004
Time: 10:46:58
Debtor: ROBIN RENE BEVERLY
Case: 04-27703     Fee : 194
Chapter: 13 Rec. # : 3092711
Judge: John Squires
341 mtg: 08/23/2004 @ 02:00PM
ConfHrg: 09/15/2004 @ 10:30AM
Trustee: MARILYN MARSHALL

1:04BK27703-BK001

| ESTIMATED NO. OF CREDITORS | [x] | | **19** |
|---|---|---|---|
| ESTIMATED ASSETS | [x] | $ | **12,900** |
| ESTIMATED DEBTS | [x] | $ | **34,050** |

| Voluntary Petition | NAME OF DEBTOR(s) |
|---|---|
| (This page must be completed and filed in every case) | **Robin Rene  Beverly** |

**I STATE THAT I FILED THE FOLLOWING OTHER BANKRUPTCY CASES WITHIN LAST 6 YEARS  (IF BLANK, THIS IS FIRST IN 6 YRS**

| LOCATION WHERE FILED: | CASE NO. | DATE FILED |
|---|---|---|
| | | |

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR(S)**

| NAME OF DEBTOR: | CASE NUMBER: | DATE: |
|---|---|---|
| DISTRICT | RELATIONSHIP: | JUDGE: |

**Exhibit A**  (To be completed only if debtor is required to file periodic reports (e.g.,forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) fo the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
_____Exhibit A is attached and made a part of this petition

**Exhibit C**  Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?  NO   If yes and Exhibit C is attached and made a part of this petition   ____XXXX No

Signature of Non-Attorney Petition Preparer   I certify that I am a bankruptcy petition preparer a defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document Printed Name of Bankruptcy Petition Preparer _____Social Sec# _____ Address _____
X_____ Signature of Bankruptcy Peition Preparer   A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines of imprisionment of both 11 U.S.C. 110; 18 U.S.C. 156.

# DEBTOR (S) READ ENTIRE PETITION  SIGN,  AND DATE BELOW & EVERY OTHER PAGE REQUIRED

I declare under penalty of perjury that the information provided in this petition is true and correct.   I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, U.S. Code, understand the relief available under each such Chapter and choose to proceed.  I request relief in accordance with the Chapter of Title 11, United States Code, specified in this petition.

Dated: 7 / 8 /2004          **Sign: X** _Robin Rene Beverly_

**Robin Rene  Beverly**

---

Exhibit B - Signature of Attorney

_Paul F. Jensen_          Bar No. ~~09607938~~          7/26/04
Attorney Name: ~~Maro M Arreola~~  Paul F. Jensen                 6237379

Law Offices of Peter Francis Geraci
55 E. Monroe Street #3400

Chicago IL 60603
312.332.1800
312.332.6354 Fax

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each Chapter.

_Paul F. Jensen_
Attorney Name: ~~Maro M Arreola~~          Dated: 7 / 26 /2004
_Paul F. Jensen_

STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. S341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under Chapter 7 of the Bankruptcy Code. This information is intended to make you aware of ...

(1) the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2) the effect of receiving a discharge of debts;
(3) the effect of reaffirming a debt; and
(4) your ability to file a petition under a different chapter of the bankruptcy code.

There are many other provisions of the Bankruptcy Code that may affect you situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specifc case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules.   A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions.  Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained throught fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs.  Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make false oath.  Creditors cannot ask you to pay any debts which have been discharged.  You can only receive a chapter 7 discharge once every six (6) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years.  Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future.  Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own.  Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case.  Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary – they are not required by the Bankruptcy Code or other state or federal law.  You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there  may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest.  If you decide to sign a reaffirmation agreement, you may cancel it at anytime before the court issues your discharge order OR within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later.  If you reaffirm a debt and fail to make payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs.  Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code.  Under chapter 7, a trustee is appointed to collect and sell, if economically feasibile, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals.  Creditors vote on whether to accept or reject a plan, which also must be approved by the court.  While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers.  Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court.  Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income.  Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court.  The debtor must pay the chapter 13 trustee the amounts set forth in their plan.  Debtors receive a discharge after they complete their chapter 13 repayment plan.  Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,0000 ($307,000 in unsecured debts and $922,000 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TOYOUR SPECIFIC CASE.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

In re      **Robin Rene  Beverly / Debtor**

Case No. :

Attorney for Debtor: Mario M Arreola

**STATEMENT Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:

1.   The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:

|   |   |   |
|---|---|---|
| For legal services rendered, Debtor(s) agrees to pay | $ | 2,700 |
| Prior to the filing of this Statement, Debtor(s) has paid | $ | 500 |
| Balance Due | -$ | 2,200 |

2.   The Filing Fee has been paid.

3.   The Service rendered or to be rendered include the following:

    (a)  Analysis of the financial situation, and rendering advice and assistance to the client in determining whether to file
       a petition under Title 11, U.S.C.
    (b)  Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c)  Representation of the client at the first meeting of creditors.
    (d)  Advice as required.

4.   The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
services performed, and none other.

5.   The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any,
will be from earnings, wages and compensation for services performed and none other.

6.   The undersigned has received no transfer, assignment or pledge of property from the debtor(s) except the following
for the value stated:  None.

7.   The undersigned has not shared or agreed to share with any other entity, other than with members of the
undersigned's law firm, any compensation paid or to be paid without the client's consent, except as
follows:  None.

Dated:  __7/0__ / __26__ /2004

Respectfully submitted,

Attorney Name: ~~Mario M Arreola~~ Paul F. Jensen

Bar No: ~~00687930~~ ~~FB~~ 6237379

Law Offices of Peter Francis Geraci
55 E. Monroe Street #3400

Chicago IL 60603
312.332.1800

BY WHOM

In re:    **Robin Rene Beverly / Debtor**

Case No. : _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or furture interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| **1/4 interest in house at 1648 E. 86th St., Chicago, IL 60617 with Bruce Beverly, Kenneth Beverly, and Karen Kinte - $150,000 - $25,000 mortgage lien with the City of Chicago Department of Housing** | | | $ 37,500 | |
| | | Total | $ 37,500 | |

---

In re:    **Robin Rene Beverly / Debtor**

Case No. : _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories,  place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet property identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column  labeled "HWJC". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed    only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 01. Cash on Hand | | [x] None |
| 02. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and load, thrift, building and load, and homestead associations or credit unions, brokerage houses, or cooperatives. | | |
| **Citibank - checking acct# 8203 - no balance kept** | | None |
| **Fifth Third Bank - checking** | | $ 100 |
| 03. Security Deposits with public utilities, telephone companies, landlords and others. | | [x] None |
| 04. Household goods and furnishings, including audio, video, and computer equipment. | | |
| **Household goods; VCR, DVD player, stereo, sofa, desk, microwave, grill, dishes/flatware** | | $ 900 |
| **Dell - computer** | | $ 400 |
| **Best Buy - TV** | | $ 100 |

In re:     **Robin Rene  Beverly / Debtor**

Case No. : _____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories,  place an "x" in the appropriate position in the column labled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column  labeled "HWJC".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed    only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | [x] None |
| 06. Wearing Apparel | | [x] None |
| 07. Furs and jewelry. | | [x] None |
| 08. Firearms and sports, photographic, and other hobby equipment. | | [x] None |
| 09. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | |
| **Term life insurance through work - no cash surrender value** | | None |
| 10. Annuities | | [x] None |
| 11. Interest in IRA,ERISA, Keogh, or other pension or profit sharing plans. | | [x] None |
| 12. Stocks and interests in incorporated and unincorporated businesses. | | [x] None |
| 13. Interest in partnerships or joint ventures. | | [x] None |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | | [x] None |
| 15. Accounts receivable | | [x] None |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled | | [x] None |
| 17. Other liquidated debts owing debtor including tax refunds. | | [x] None |
| 18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | [x] None |
| 19. Contingent and Non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | [x] None |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and rights to setoff claims.  Give estimated value of each. | | |
| **Workers compensation claim for torn ACL - debtor's attorney is Larry J. Coven, 33 N. LaSalle St., Ste. 1925, Chicago, IL 60602, 312-845-4000, fax 312-845-5014** | | $  10,000 |
| **Expected 2003 tax refund** | | $     400 |
| 21. Patents, copyrights and other intellectual property. | | [x] None |
| 22. Licenses, franchises and other general intangibles. | | [x] None |

In re:   **Robin Rene  Beverly / Debtor**

Case No. : _____

## SCHEDULE B  -  PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories,  place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column  labeled "HWJC".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed    only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 23. Autos, Truck, Trailers and other vehicles and accessories. | | |
|     **1993 Chevy Astro van - over 40,000 miles** | | $   1,000 |
| 24. Boats, motors and accessories. | | [x] None |
| 25. Aircraft and accessories. | | [x] None |
| 26. Office equipment, furnishings, and supplies. | | [x] None |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | [x] None |
| 28. Inventory | | [x] None |
| 29. Animals | | [x] None |
| 30. Crops-Growing or Harvested. | | [x] None |
| 31. Farming equipment and implements. | | [x] None |
| 32. Farm supplies, chemicals, and feed. | | [x] None |
| 33. Other personal property of any kind not already listed. | | [x] None |
| | Total | $ 12,900 |

In re:   **Robin Rene  Beverly / Debtor**

Case No. : _____

## SCHEDULE C  -  PROPERTY CLAIMED EXEMPT

[ ] 11 U.S.C S522(b)(1): Exemptions provided in 11 U.S.C. S522(d). Note: These exemptions are available only in certain states.
[x] 11 U.S.C. S522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under aplicable nonbankruptcy law.

| Description of Property | Specify Law Providing Exemption | Value of Claimed Exemption | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 00. Real Property | | | |
| 1/4 interest in house at 1648 E. 86th St., Chicago, IL 60617 with Bruce Beverly, Kenneth Beverly, and Karen Kinte - $150,000 - $25,000 mortgage lien with the City of Chicago Department of Housing | 735 ILCS 5/12-901 | $   7,500 | $   37,500 |

02. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and load, thrift, building and load, and homestead associations or credit unions, brokerage houses, or

In re:   **Robin Rene  Beverly / Debtor**

Case No. : _____

## SCHEDULE C  -  PROPERTY CLAIMED EXEMPT

[ ] 11 U.S.C S522(b)(1): Exemptions provided in 11 U.S.C. S522(d). Note: These exemptions are available only in certain states.
[x] 11 U.S.C. S522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under aplicable nonbankruptcy law.

| Description of Property | Specify Law Providing Exemption | Value of Claimed Exemption | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

**02. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and load, thrift, building and load, and homestead associations or credit unions, brokerage houses, or**

| Fifth Third Bank - checking | 735 ILCS 5/12-1001(b) | $ 100 | $ 100 |

**04. Household goods and furnishings, including audio, video, and computer equipment.**

| Household goods; VCR, DVD player, stereo, sofa, desk, microwave, grill, dishes/flatware | 735 ILCS 5/12-1001(b) | $ 900 | $ 900 |

**20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and rights to setoff claims.  Give estimated value of each.**

| Workers compensation claim for torn ACL - debtor's attorney is Larry J. Coven, 33 N. LaSalle St., Ste. 1925, Chicago, IL 60602, 312-845-4000, fax 312-845-5014 | 820 ILCS 305/21 | $ 10,000 | $ 10,000 |
| Expected 2003 tax refund | 735 ILCS 5/12-1001(b) | $ 400 | $ 400 |

**23. Autos, Truck, Trailers and other vehicles and accessories.**

| 1993 Chevy Astro van - over 40,000 miles | 735 ILCS 5/12-1001(c) | $ 1,200 | $ 1,000 |

BY  WHOM

In re:   **Robin Rene  Beverly / Debtor**

Case No. : _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing "H", "W", "J", or "C" in the column labeled "HWJC".

| Creditor's Name and Mailing address including Zip Code | Date claim was incurred, nature of lien and description and market value of property subject to lien | H C W O J N C T N G E N T | U N L I Q U I D A T E D | DI S P U T E D | Amount of claim without deducting value of collateral | Unsecured portion, if any |
|---|---|---|---|---|---|---|
| | Co-Debtor | | | | | |

In re:   **Robin Rene  Beverly / Debtor**

Case No. : _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing "H", "W", "J", or "C" in the column labeled "HWJC".

| Creditor's Name and Mailing address including Zip Code | Date claim was incurred, nature of lien and description and market value of property subject to lien | HWJC CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of claim without deducting value of collateral | Unsecured portion, if any |
|---|---|---|---|---|---|---|
| | Co-Debtor | | | | | |
| 1 **Best Buy/HRS USA** | 1997-2003 Purchase Money Sec | | | | $  1,800 | $   1,700 |
| Account No.  7001 0950 0219 8327 | Value: $     100 | | | | | |
| Bankruptcy Department PO Box 17602 Baltimore MD 21297-1602 | Best Buy - TV | | | | | |
| 2 **Dell Financial Services** | 2002 Purchase Money Security | | | | $  1,600 | $   1,200 |
| Account No.  400 4 197277 001 | Value: $     400 | | | | | |
| Attn: Bankruptcy Dept. PO Box 4125 Carol Stream IL 60197-4125 | Dell - computer | | | | | |
| Valentine & Kebartas Bankruptcy Department 1530 Maple Pointe Ct.  Lawrenceville GA 30043 | Representing:    Dell Financial Services | | | | | |

|  | TOTAL | $         3,400 |
|---|---|---|

---

In Re:   **Robin Rene  Beverly / Debtor**

Case No. : _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C", in the column labeled "HWJC".

In Re: **Robin Rene  Beverly / Debtor**

Case No. : _____

## SCHEDULE E - CREDITORS HOLDING <u>UNSECURED</u> PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C", in the column labeled "HWJC".

Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. S507(a) (7).

Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. S507(a) (8).

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | H C W O J N CTI N G E N T | U N LI Q U I D A T E D | DI S P U T E D | Claim Amount and Notes* |
|---|---|---|---|---|---|
| | | | | | |

**[x] None**

---

|  | Description | | BY  WHOM |

In re:  **Robin Rene  Beverly / Debtor**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contigent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred Account # | Claim Amount Consideration for claim hwjc |
|---|---|---|
| 1 **Alisand Surgery SC**<br>Account No.<br><br>Bankruptcy Department<br>1525 E. 53rd St., Ste. 602<br>Chicago IL 60615 | 1999-2004<br><br>Medical/Dental Services | $   400 |

In re:   **Robin Rene  Beverly / Debtor**

Case No. :  _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not inlcude claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contigent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred Account # | Claim Amount Consideration for claim hwjc |
|---|---|---|
| 2  **American Express**  Account No.  3727 686122 52009  Bankruptcy Department PO Box 297812 Ft. Lauderdale FL 33329  Nationwide Credit Bankruptcy Department 3835 N. Freeway Blvd., Suite 100 Sacramento CA 95834 ACB Business Services Bankruptcy Department PO Box 2548 Cincinnati OH 45201 | 1998-2003  Credit Card or Credit Use  Representing:     American Express | $    900 |
| 3  **American Express**  Account No.  3723 185290 61000  Bankruptcy Department PO Box 297812 Ft. Lauderdale FL 33329  NCO Financial Systems, Inc Bankruptcy Department 507 Prudential Rd. Horsham PA 19044 | 1994-99  Credit Card or Credit Use  Representing:     American Express | $    900 |
| 4  **Capital One**  Account No.  4388 6414 1846 6715  Bankruptcy Department PO Box 34631 Seattle WA 98124-1631 | 1998-2003  Credit Card or Credit Use | $   1,100 |

In re:   **Robin Rene Beverly / Debtor**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred<br>Account # | Claim Amount<br>Consideration for claim<br>hwjc |
|---|---|---|

---

**5**   **Capital One**

Account No.  4862 3615 1717 0895

Bankruptcy Department
PO Box 34631
Seattle WA 98124-1631

       Tsys Total Debt
       Management Inc
       Bankruptcy Department
       PO Box 6700
       Norcross GA 30091-6700

1998-2003

Credit Card or Credit Use

Representing:   Capital One

$  2,500

---

**6**   **Citibank**

Account No.  5424 1804 6936 5164

Bankruptcy Department
Box 8001
South Hackensack NJ 07606

1998-2003

Credit Card or Credit Use

$  1,800

---

**7**   **Household Bank, N.A.**

Account No.  0000320601000244879

Bankruptcy Department
PO Box 17051
Baltimore MD 21297-1051

1999-2004

Credit Card or Credit Use

$  650

---

**8**   **Household Bank, N.A.**

Account No.  7286369

Bankruptcy Department
PO Box 17051
Baltimore MD 21297-1051

       Wexler & Wexler
       Bankruptcy Department
       500 W. Madison St., #2910
       Chicago IL 60661

1999-2004

Credit Card or Credit Use

Representing:   Household Bank, N.A.

$  6,500

In re:   **Robin Rene  Beverly / Debtor**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contigent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred / Account # | Claim Amount Consideration for claim hwjc |
|---|---|---|
| 9  **Household Bank, N.A.**<br>Account No.  5488 9750 1569 0194<br><br>Bankruptcy Department<br>PO Box 17051<br>Baltimore MD 21297-1051 | 1998-2003<br><br>Credit Card or Credit Use | $   600 |
| 10  **JC Penney**<br>Account No.  138 736 596 6<br><br>Attn: Bankruptcy Dept.<br>Box 533<br>Dallas TX 75521<br>    NCO Financial Systems, Inc<br>    Bankruptcy Department<br>    507 Prudential Rd.<br>    Horsham PA 19044 | 1998-2003<br><br>Credit Card or Credit Use<br><br>Representing:    JC Penney | $   1,300 |
| 11  **MBNA America**<br>Account No.  74993884112407<br><br>Bankruptcy Department<br>PO Box 15019<br>Wilmington DE 19886-5019<br>    National Asset Recovery<br>    Bankruptcy Department<br>    2880 Dresden Dr.<br>    Atlanta GA 30341 | 1999-2004<br><br>Credit Card or Credit Use<br><br>Representing:    MBNA America | $   4,000 |

In re: **Robin Rene  Beverly / Debtor**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not inlcude claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contigent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred Account # | Claim Amount Consideration for claim hwjc |
|---|---|---|
| 12  **MBNA America**<br>Account No.  74973166085422<br><br>Bankruptcy Department<br>PO Box 15019<br>Wilmington DE 19886-5019<br>    National Asset Recovery<br>    Bankruptcy Department<br>    2880 Dresden Dr.<br>    Atlanta GA 30341 | 1999-2004<br><br>Credit Card or Credit Use<br><br><br>Representing:    MBNA America | $  3,200 |
| 13  **MBNA America**<br>Account No.  74973139021181<br><br>Bankruptcy Department<br>PO Box 15019<br>Wilmington DE 19886-5019<br>    Creditors Interchange, Inc.<br>    Bankruptcy Department<br>    PO Box 1335<br>    Buffalo NY 14240 | 1999-2004<br><br>Credit Card or Credit Use<br><br><br>Representing:    MBNA America | $  3,000 |
| 14  **New York & Company/WFNNB**<br>Account No.  572 077 931<br><br>Bankruptcy Department<br>PO Box 659728<br>San Antonio TX 78265 | 1999-2004<br><br>Credit Card or Credit Use | $   500 |
| 15  **Office Max/Citibank**<br>Account No.  6011 6172 1509 7374<br><br>Bankruptcy Department<br>PO Box 8181<br>Gray TN 37615 | 1999-2004<br><br>Credit Card or Credit Use | $  1,000 |

In re: **Robin Rene Beverly / Debtor**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred<br>Account # | Claim Amount<br>Consideration for claim<br>hwjc |
|---|---|---|
| 16 **Providian**<br>Account No.  4559 9619 0040 4070<br><br>Bankruptcy Department<br>PO Box 66022<br>Dallas TX 75266-0022<br>　　　National Asset Management<br>　　　Bankruptcy Department<br>　　　PO Box 724747<br>　　　Atlanta GA 31139 | 1999-2004<br><br>Credit Card or Credit Use<br><br><br><br>Representing:　　Providian | $  1,700 |
| 17 **Target/Retailers National Bank**<br>Account No.  9 117 407 720 90<br><br>Attn: Bankruptcy Dept.<br>PO Box 59231<br>Minneapolis MN 55459-0231<br>　　　Meyer & Njus, P.A.<br>　　　Bankruptcy Department<br>　　　1100 Pillsbury Center 200<br>　　　South Sixth Street<br>　　　Minneapolis MN 55402 | 1999-2004<br><br>Credit Card or Credit Use<br><br><br><br>Representing:　　Target/Retailers National Bank | $  600 |

|  | TOTAL | $  30,650 |
|---|---|---|

In re: **Robin Rene Beverly / Debtor**

Case No. : _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contracts, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing address all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of credito

| Name and Address of Other Parties to Instrument | Notes of contract or Lease and Debtor's Interest |
|---|---|

**[x] None**

In re:  **Robin Rene  Beverly / Debtor**

Case No. : _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contracts, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing address all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of credit

| Name and Address of Other Parties to Instrument | Notes of contract or Lease and Debtor's Interest |
| --- | --- |

---

In re:  **Robin Rene  Beverly / Debtor**

Case No. : _____

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |

**[x] None**

In re: **Robin Rene Beverly / Debtor**

Case No. : _____

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

Dependent(s)       EB, 16, dependent

**Debtor's Marital Status:**
**Single**

**EMPLOYMENT:**

| | |
|---|---|
| Occupation: | Sims coordinator |
| Name of Employer: | Walgreens |
| Years Employed | approx. 17 years |
| Employer Address: | 8628 S. Cottage Grove |
| | Chicago                     IL |

| INCOME: | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions | 2,076.53 | 0.00 |
| Estimated Monthly overtime | 0.00 | 0.00 |
| SUBTOTAL | | |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and social security | 436.93 | 0.00 |
| b. Insurance | 63.85 | 0.00 |
| c. Union dues | 0.00 | 0.00 |
| d. Other:   Pension | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $500.78 | $0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | 1,575.75 | 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social Security or other government assistance | $ 0.00 | |
| | | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | | |
| | $ 0.00 | |
| | | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,575.75 | $ 0.00 |
| TOTAL COMBINED MONTHLY INCOME | $ 1,575.75 | |

Describe any increase or decrease of more than 10% in any of the above categories
anticipated to occur within the year following the filing of this document:

In re: **Robin Rene  Beverly / Debtor**

: _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, simi-annually, or annually to show monthly rate

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | 1st Mortgage/Rent | 121.00 |
| Are real estate taxes included?        [x] Yes [ ] No | 2nd  Mortgage | 0.00 |
| Is property insurance included?        [x] Yes [ ] No | 3rd Mortgage | 0.00 |
| Utilities:     Electricity and heating fuel | $ | 200.00 |
|             Water and Sewer | $ | 75.00 |
|             Telephone | $ | 75.00 |
|             Other | $ | 0.00 |
|  | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 50.00 |
| Food | $ | 350.00 |
| Clothing | $ | 25.00 |
| Laundry and Dry Cleaning | $ | 30.00 |
| Medical and Dental expenses , Rx Medicines | $ | 100.00 |
| Transportation (not including car payments) | $ | 100.00 |
| Recreation, clubs, and entertainment,  etc. | $ | 0.00 |
| Newspapers, Magazines | $ | 20.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|             Homeowner's or Renter's | $ | 0.00 |
|             Life | $ | 0.00 |
|             Health | $ | 0.00 |
|             Auto | $ | 0.00 |
|             Other | | |
| Taxes (not deducted from wages or included in home mortgage payments.) | $ | 0.00 |
| Installment Payments: | | |
|             Auto | $ | 0.00 |
|             Other | | |
|                     Auto Repair | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | |
| Regular expenses from operation of business, profession, farm (attach detailed statement) | | |
|             Other    Haircuts | $ | 40.00 |
|                     Personal Care, Non-Rx,Toiletries,Cleaning Supplies | $ | 30.00 |
|                     Postage/Banking | $ | 14.00 |
|                     Contacts | $ | 20.00 |
|             Babysitting/Childcare | | |
|             Tuition, Books | $ | 25.00 |
|             Student  Loans | $ | 0.00 |
|  | $ | 0.00 |
|  | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | **$** | **1,275.00** |

FOR CHAPTER 12 AND 13 DEBTORS ONLY

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 1,575.75 |
| B. Total projected monthly expenses | $ | 1,275.00 |
| C. Excess income (A minus B) | $ | 300.75 |

In re: **Robin Rene  Beverly / Debtor**

:  _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, simi-annually, or annually to show monthly rate

    D. Total amount to be paid into plan monthly        **$**    300.00

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:

**Robin Rene  Beverly / Debtor**

Attorney for Debtor: Mario M Arreola                    Case No.

For:  Peter Francis Geraci

### SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES / NO) | PAGES | AMOUNTS ASSETS | SCHEDULED LIABILITIES | OTHER |
|---|---|---|---|---|---|
| SCHEDULE A - Real Property | Yes | 1 | | | |
| SCHEDULE B - Personal Property | Yes | ___ | 12,900 | | |
| SCHEDULE C - Exempt | Yes | ___ | | | |
| SCHEDULE D - Secured | Yes | ___ | | 3,400 | |
| SCHEDULE E - UnSecured Priority | Yes | 1 | | | |
| SCHEDULE F - UnSecured NonPriority | Yes | ___ | | 30,650 | |
| SCHEDULE G - Executory Contracts | Yes | ___ | | | |
| SCHEDULE H - CoDebtors | Yes | 1 | | | |
| SCHEDULE I - Income | Yes | 1 | | | 1,576 |
| SCHEDULE J - Expenditures | Yes | 1 | | | 1,275 |
| | | | $     12,900 | $     34,050 | |

In Re:   **Robin Rene  Beverly / Debtor**

Case No. : _____

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL/JOINT  DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and
correct to the best of my knowledge, information and belief.  I have disclosed on the foregoing schedules all property
or assets I may have an interest in, the correct value of it, and every debt I may be liable for.  I accept the risk that
some debts won't be discharged.  I have been advised of the difference between Chapter 7 and Chapter 13, income &
expense concepts, budgeting, and have made full disclosure.

Debtor's attorney has advised debtor that creditors can object to discharge of their debt on a variety of grounds
includiung fraud, recent credit usage, divorce and support obligations and reckless conduct.

Debtor's attorney has advised debor that non-dischargeable debts such as taxes, student loans, fines by govenment
units and liens on property of debtor are generally unaffected by bankruptcy.

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5
years or both.  18 U.S.C. SS 152 and 3571.

**Sign: X** *Robin Rene Beverly*

Dated: __7 / 8__ /2004   **Robin Rene  Beverly**

## SIGN AND DATE ABOVE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:   **Robin Rene  Beverly / Debtor**

Case No. : _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statment concerning all such activities as well as the individual's personal affairs.

DEFINITIONS
"In business." A debtor is "in business" for the purpose of this statement if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider."  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. 101

01. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS:  Identify all sources of income if there is more than one. State the gross amount of income debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the 2 years immediately preceding this case calendar year.
    Debtor's income
    2004...........: approx. $2,080/month
    2003...........: approx. $30,000
    2002...........: approx. $27,000
    Source........: employment
    Spouse                                                                              [x] None

02. INCOME OTHER THAN FROM EMPLOYMENT OF OPERATION OF BUSINESS:  State the amount of     [x] None
income received by the debtor OTHER than from employment, trade, profession, or operation of the debtor's
business during the 2 years immediately preceding the commencement of this case. Include all payments
received from any source. Indicate multiple sources of income.

Spouse                                                                                  [x] None

03. PAYMENTS TO CREDITORS:   List all payments on loans, installments, purchases of goods or services,     [x] None
and other debts, aggregating more than $600.00 to any creditor, made within 90 days immediately preceding the
commencement of this case. INCLUDE MORTGAGE AND VEHICLE PAYMENTS MADE IN THE LAST 3
MONTHS.

03b PAYMENTS TO RELATIVES OR INSIDERS List all payments made within 1 year immediately preceding     [x] None
the commencement of this case or for the benefit of creditors who are or were insiders.

04. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS:
List all lawsuits & administrative proceedings you were a party to within 1 year of today, whether as a plaintiff or
defendant or other party: include divorces, injury claims, employment claims and all others.

Case Title...........: Household Bank v. Robin R. Beverly
Case No..............: 03-M1-145933
Court/Agency Location: Cook County Circuit Court
Nature of Proceeding.: small claims
Suit Status..........: pending

04b: WAGES OR ACCOUNTS GARNISHED: List all property that has been attached, garnished or seized    [x] None
under any legal or equitable process within 1 year:

05. REPOSSESSION, FORECLOSURES AND RETURNS:   List all property repossessed, sold at foreclosure    [x] None
sale, deed in lieu of foreclosure, returned to the seller, within 1 year of filing this bankruptcy:

06. ASSIGNMENTS AND RECEIVERSHIPS:  List assignment of property for benefit of creditors within 120 days    [x] None
before filing this bankruptcy:

List any property in the hands of a custodian, receiver, or court-appointed official within 1 year of today.    [x] None

07. GIFTS: List all gifts or charitable contributions you made within 1 year before filing this bankruptcy case    [x] None
except ordinary & usual gifts or family members less than $200.00 total per individual family member, & charity
contributions less than $100.00 per recipient.

08. LIST ALL FIRE, THEFT OR GAMBLING LOSSES WITHIN 1 YEAR OF TODAY:    [x] None

09. LIST ALL PAYMENTS TO CREDIT COUNSELORS OR BANKRUPTCY ATTORNEYS INCLUDING PETER
FRANCIS GERACI: (by you, or by others for you, within 1 year of today)
    Payment to debtor's attorney listed on 2016(b)
    Payee...........: Legal Remedies
    Address........: 53 W. Jackson, Ste. 424
    Address2.......: Chicago, IL 60604
    Date of Payment: 2004
    Payor..........: debtor
    Payment/Value..: $200

In addition to Peter Francis Geraci and his employees of his firm, I hired, at no additional fee, attorneys listed on    [x] None
my contract of representation to work on my case.

10. If you transferred any property of any kind, either absolutely or as security, within 1 year of today, give    [x] None
details:  (Including but not limited to: vehicle trades, transfers or sales, loans against property, divorce transfers,
quit-claim deeds, trusts)

11.If you CLOSED or TRANSFERRED any checking savings, pension, stock, brokerage, mutual fund, credit    [x] None
union or other accounts within 1 year of today, list details:

12. LIST ANY SAFETY DEPOSIT BOXES OR OTHER DEPOSITORY PLACES the debtor has or had securities,    [x] None
cash, or other valuables within 1 year of today:

13. LIST ALL SETOFFS by any creditor, such as a bank or credit union, against a debt or deposit of yours within    [x] None
the past year.

14. LIST ALL PROPERTY THAT YOU HOLD FOR ANOTHER PERSON: (Including but not limited to: minor's    [x] None
accounts, vehicle in your name that is really someone else's, accounts or property or items you are on title to or
in possession of)

15. WHERE HAVE YOU LIVED IN LAST 2 YEARS:    [x] None

16. COMMUNITY PROPERTY STATES WISCONSIN & OTHERS: if you live or did live in a community property state or territory (Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) in last 6 years, name your spouse & ex-spouse & the community property state.    [x] None

17. ENVIRONMENTAL INFORMATION: "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil surface water, ground water, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of the these substances, wastes, or material.
"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites."Hazardous material" means anything defined as a hazardous waste, hazardous or toxic substances, pollutant, or contaminant, etc. under environmental Law.    [x] None

a. If you have received notice of violation of any ENVIRONMENTAL LAW VIOLATION, list name & address of every site & the governmental unit, date of the notice, & Environmental law:    [x] None

b. If you provided notice of release of Hazardous Material, list  name and address of every site and governmental unit.    [x] None

c.If you were party to any Environmental Law judicial or administrative proceedings, orders or settlements, give the name & address of  governmental unit that is or was a party to the proceedings,& docket number.    [x] None

18. a.List names, addresses,taxpayer ID #, nature  of business,begin & end dates all businesses, sole-proprietors, partnerships, corporations in which you had any interest, office, 5% of more voting or equity interest within 6 years of today.   List same if debtor is partnership or corporation.    [x] None
Name  Taxpayer ID#  ADDRESS NATURE  DATES
b. Identify any business listed above that is a "single asset real estate" as defined in 11 U.S.C. 101.

b.  Identify any business listed in subdivision a.that is "single asset real estate" as defined in 11 U.S.C. 101.    [x] None

19. List all bookkeepers and accountants in the last 2 years who kept, or supervised the keeping of, your books of account and records.    [x] None

    [x] None

b. List all firms or individuals who have audited the books of account and records, or prepared a financial statement of yours in the last 2 years.

c. List all firms or individuals who are now in
possession of your books of account and records of the debtor. If any books or records are not available, explain.    [x] None

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the last 2 years.    [x] None

20. INVENTORIES
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.    [x] None

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.    [x] None

21A. Only if you are a partnership, list nature and percentage of interest of each member of it.    [x] None

b. Only if debtor is a corporation, list officers & directors; each stockholder who directly or indirectly owns, controls, or holds 5% or more of the voting or equity securities of the corporation.    [x] None

22. ONLY IF debtor is a partnership, list each member who withdrew from the partnership within 1 year.    [x] None

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within 1 year immediately preceding the commencement of this case.    [x] None

23. ONLY IF DEBTOR IS A PARTNERSHIP OR CORPORATION, list withdrawals or distributions or payments, bonuses, loans etc. to insiders, including compensation in any form, in past year.    [x] None

24. ONLY IF YOU ARE A CORPORATION, list information of parent corporation and taxpayer ID number in last 6 years.    [x] None

25. ONLY IF debtor is not an individual, list name & federal taxpayer ID number of any pension fund to which debtor, as an employer, was responsible for contributing in last 6 years.    [x] None

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

**Sign: X** *Robin Rene Beverly*

Dated: **7 / 8** /2004    **Robin Rene  Beverly**

## SIGN AND DATE ABOVE AFTER READING IT

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

DISCLAIMERS
Page 26 of 29

218080

1. DEBTS TO A SPOUSE, EX-SPOUSE OR CHILD OF YOURS FOR ALIMONY, MAINTENANCE OR SUPPORT in connection with a separation agreement, divorce decree or court order. DEBTS YOU AGREED TO ASSUME IN MARITAL SETTLEMENT AGREEMENTS are GENERALLY dischargeable. They are NON-DISCHARGEABLE only if your ex-spouse files an adversary complaint, and the Judge rules that (a) you do not have the ability to pay the debt OR (b) discharging such debt would result in a benfit to you that outweighs the detriment to ex-spouse or your child.

2. STUDENT LOANS, TUITION, EDUCATIONAL BENEFITS if government insured loan or owed to non-profit school unless you file a complaint within the bankruptcy to prove repayment would be an "undue hardship", and win.

3. CO-SIGNERS, JOINT APPLICANTS AND JOINT CARD HOLDERS ARE NOT PROTECTED. Creditors can collect from co-signors and put your bankruptcy on their credit report. You can usually prevent this by continuing to make the regular payments to the creditor. Creditors can liquidate collateral of your co-signer and refuse to continue payment in installments. Property you are joint on with other persons can be LIQUIDATED to pay your creditors.

4. TAX DEBTS. Most taxes are not discharged in bankruptcy. However, income tax debt (1040 type tax) can be discharged if the following four rules are met:
(1). The tax return was DUE at least 3 YEARS (plus extensions) before the filing of your bankruptcy case.
(2). You FILED your income tax return at least 2 YEARS before your bankruptcy was filed. You did not file a return if the tax authority or IRS had to file one for you, or if you didn't send the return to the District Director. (3). You did not wilfully intend to evade the tax.
(4). The tax must have been ASSESSED over 240 DAYS before the bankruptcy filing. We recommend you meet with the IRS or state department of revenue to make sure all the conditions have been met, before you hire us or file a bankruptcy. Fraudulent taxes and taxes on unfiled returns can be discharged in a Chapter 13 case. Time in an offers in compromise, & time in bankruptcy plus 6 months, will extend the above time periods. Employers' share of FICA & FUTA is dischargeable, but no trust fund taxes like the employee's funds or sales tax.

5. FINES OR PENALTIES OWED TO A GOVERNMENTAL UNIT. Parking & Traffic tickets, building code violations.

6. NON-FILING HUSBAND OR WIFE. If you choose to file individually, your spouse is not our client. Only your debts are discharged. If you want to protect a non-filing spouse, pay their bills or file a joint case with them. Family expenses such as medical bills, rent and necessities may be collected from a non-filing spouse. In Wisconsin, community property is liable for community debts.

7. DUI PERSONAL INJURIES, DEBTS YOU DONT LIST.

8. DEBTS WHERE OBJECTION TO DISCHARGE IS SUCCESSFUL. Creditors, the Trustee, or the Court, can try to deny you a discharge based on many factors, INCLUDING:
   a. Income sufficient to pay a percentage of your unsecured debt.
   b. Failure to keep books and records documenting your financial affairs.
   c. Luxury purchases or cash advances, either shortly before filing or without intent or ability to repay.
   d. Debts you made by false pretenses, breach of fiduciary duty, wilful and malicious injuries to others
   e. BENEFITS OVERPAYMENTS  like aid or unemployment if a determination of fraud has been made before or during your
     bankruptcy.
   f. Failure to appear at meetings, court dates, or co-operate with Trustee.

9. INTEREST ON NON-DISCHARGEABLE DEBTS in a Chapter 13 continues to accrue, and CREDITORS WHO DO NOT FILE CLAIMS in your Chapter 13 plan within 90 days (180 days for governmental units) of the meeting of creditors, do not get paid. Your plan and their claim should provide for interest at contract rate, or you will have to pay the debt outside the Chapter 13 plan. Property taxes must be paid by you directly to avoid sale for delinquent taxes.

10. LIQUIDATION OF REAL AND PERSONAL PROPERTY. If you file a Chapter 7, any property that is not protected on Schedule C pursuant to state or federal law is taken and sold by the trustee for your creditors. You agree to assume the risk that your property will be taken and sold by the trustee (at or less than what it is worth) if we can't protect it under applicable state law. You get a discharge, but the trustee can take property not listed and exempted on schedules B and C and sell it for whatever price will provide some benefit to creditors. The trustee can also challenge and deny exemptions you claim.

11. CHANGE IN LAWS. Laws & court cases change constantly. We can file your case today if you pay us in full (some attorneys give credit, we don't) pay the filing fee and sign your petition in our main office. ANY DELAY BEYOND TODAY IS YOUR RESPONSIBILITY. ADVERSE RULINGS Judges that sit in adjoining courtrooms can rule differently on the same facts. We can predict but cannot guarantee that a judge will or will not rule against you. You must accept the risk of a judge ruling against you, as in any lawsuit.

12. PAYMENTS TO CREDITORS YOU PREFERRED to pay more than $600 in front of others, within 1 yr if a relative or insider, or within 90 days if another creditor, so don't pay off debts to keep credit cards or protect others. TRANSFERS OF PROPERTY within 4 years that made you unable to pay your debts at the time can be reversed by a Trustee and the transferee will have to give back the property you transferred.

13. SURRENDER OF PROPERTY Bankruptcy gets rid of debts, but real estate, condos and time shares remain in your name until a foreclosure sale or the lender accepts a deed in lieu of foreclosure. Turn condo keys over to condo association or remain liable for assessments after filing, and make sure you keep buildings & land insured and maintained and secured until it is taken back by lender or out of your name. If you let a house go vacant and pipes explode or someone gets killed in there you may be liable.

14. RIGHT TO RECEIVE inheritances, tax refunds, injury claims, compensation of any kind, insurance or realty commissions, are property of the bankruptcy estate and you will surrender these to the trustee unless they are claimed exempt on Schedule C, and no objection to your claim of exemption is upheld. Do not deduct extra money from taxes so you are entitled to a refund, change your W-9 if necessary.

15. JOINT ACCOUNT HOLDERS holders entire amount in the account could be taken by the trustee under Chapter 7.

16. MARRIED COUPLES GOING THROUGH DIVORCE: We have been advised to seek independent counsel for our bankruptcy. We understand that Peter Francis Geraci does not represent us with regard to any divorce matters and does not make any representations regarding what will happen in divorce court. We have decided to file a bankruptcy together dispite the fact that we are getting a divorce and our interests could be adverse. We have agreed to cooperate with each other in this joint bankruptcy.

17. AUTO LEASES & INSTALLMENT AGREEMENTS to purchase things, leases and almost all contracts will be void after bankruptcy. They are "executory contracts", and if they are of no benefit to the bankruptcy estate and not assumed within 60 days of filing, they are void. Debtors have been warned of this, and unless there is a novation under state law, or agreement not to use bankrptcy to void the contrac,t the debtors rights under the contract are extinguished. Debtor agrees to be responsible for obtaining such agreements or losing rights under such contracts. Debtor agrees that his or her attorney will not file motions to assume such contracts.

The Undersigned have read the above & assume the risk that a debt is not discharged in bankruptcy, that our non-exempt property will be taken and sold by the bankruptcy trustee if it can't be protected, that the trustee might object if I/we have excess income, or change in State, Federal or Bankruptcy laws before the case is filed in Court AND WE HAVE TO READ, CHECK, &  MAKE SURE OUR PETITION IS ACCURATE!!!!

_Robin Rene Beverly_ (signature)

Robin Rene  Beverly

Alisand Surgery SC
Bankruptcy Department
1525 E. 53rd St., Ste. 602
Chicago, IL 60615

American Express
Bankruptcy Department
PO Box 297812
Ft. Lauderdale, FL 33329

American Express
Bankruptcy Department
PO Box 297812
Ft. Lauderdale, FL 33329

Best Buy/HRS USA
Bankruptcy Department
PO Box 17602
Baltimore, MD 21297

Capital One
Bankruptcy Department
PO Box 34631
Seattle, WA 98124

Capital One
Bankruptcy Department
PO Box 34631
Seattle, WA 98124

Citibank
Bankruptcy Department
Box 8001
South Hackensack, NJ 07606

Dell Financial Services
Attn: Bankruptcy Dept.
PO Box 4125
Carol Stream, IL 60197

Household Bank, N.A.
Bankruptcy Department
PO Box 17051
Baltimore, MD 21297

Household Bank, N.A.
Bankruptcy Department
PO Box 17051
Baltimore, MD 21297

Household Bank, N.A.
Bankruptcy Department
PO Box 17051
Baltimore, MD 21297

JC Penney
Attn: Bankruptcy Dept.
Box 533
Dallas, TX 75521

MBNA America
Bankruptcy Department
PO Box 15019
Wilmington, DE 19886

MBNA America
Bankruptcy Department
PO Box 15019
Wilmington, DE 19886

MBNA America
Bankruptcy Department
PO Box 15019
Wilmington, DE 19886

New York & Company/WFNNB
Bankruptcy Department
PO Box 659728
San Antonio, TX 78265

Office Max/Citibank
Bankruptcy Department
PO Box 8181
Gray, TN 37615

Providian
Bankruptcy Department
PO Box 66022
Dallas, TX 75266

Target/Retailers National Bank
Attn: Bankruptcy Dept.
PO Box 59231
Minneapolis, MN 55459

**UNITED STATES BANKRUPTCY COURT**

## NORTHERN DISTRICT OF ILLINOIS

## EASTERN  DIVISION

In Re:   **Robin Rene  Beverly / Debtor**

---

### VERIFICATION OF CREDITOR MATRIX

---

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Dated:_____7__/__8____/2004

Robin Rene  Beverly

## SIGN AND DATE ABOVE